FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 16 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

VS.          NO. 4:13MJ6010-02-BD

JEAN-MARC CHENIER          DEFENDANT

## ORDER

The Defendant appeared before the Court on this date for arraignment. Defendant is not well-versed in the English language and is unable to understand the proceedings being conducted. Defendant and his counsel request the assistance of an interpreter to enable Defendant to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in court.

The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure. The Clerk is directed to appoint a qualified interpreter to assist the Defendant, counsel, and the court at any and all court proceedings in this case.

IT IS SO ORDERED this 16th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE